# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01848-DDD

JEFFERY S. DURHAM,

    Applicant,

v.

M. STARR, Acting Warden,

    Respondent.

## DECLARATION OF D. ENGLISH

    I, D. English, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows related to the above-titled matter:

    1.    I am a Case Manager at the United States Penitentiary - Administrative Maximum ("ADX"), in Florence, Colorado. I have held this position of Case Manager since January 2022 and I have been working at the ADX since approximately August 15, 2022. I have been employed by the Federal Bureau of Prisons ("Bureau") since November 26, 2016.

    2.    As a Case Manager, I manage a caseload of approximately 180 inmates. The applicant in this action, Jeffery S. Durham, Register No. 32060-083, is assigned to my case load and has been since approximately June 2023. In the ordinary course of my employment, I have access to Bureau records about inmates on my caseload, including information about their criminal sentences and financial obligations. To the best of my knowledge, these records are maintained by the Bureau in the ordinary course and are accurate when made. According to

1

these records, Mr. Durham currently owes more than $480,000 in restitution.

3. My official duties entail, among other things, helping to administer the Bureau's Inmate Financial Responsibility Program ("IFRP") by calculating proposed IFRP payments for inmates, obtaining signed IFRP agreements from inmates, and conducting reviews of inmates IFRP plans. I am personally involved in reviewing and managing Mr. Durham's IFRP plan.

4. The IFRP is a voluntary program that provides a structure for inmates to pay their criminal financial obligations, including restitution, often in small monthly or quarterly payments. Case managers like me calculate how much money an inmate should be asked to allocate to his criminal financial obligations and at what frequency (monthly or quarterly), based on the inmate's work income, other deposits, account balances, and the amount of his IFRP payments in the prior six months. Case managers like me will then approach the inmate with a contract containing those proposed payment terms. Inmates are not required to participate or make restitution payments through the IFRP. They may sign the agreement or decline to participate. Payment plans are reviewed and adjusted, if necessary, on a regular basis.

5. Unlike a criminal sentence, the IFRP does not set an inmate's restitution obligation or mandate a payment schedule for nonconsenting inmates. Inmates only make payments toward their financial obligations through the IFRP when they sign an agreement to participate. The IFRP provides an optional mechanism for an inmate to pay off his debts, should he choose to use it.

6. Certain privileges at the ADX are available only to inmates who participate in the IFRP.

7. Mr. Durham has been participating in the IFRP without interruption since May 7,

2023.

8. On August 19, 2024, I received clarifying guidance from the Acting Warden that, going forward, case managers at the ADX are to incorporate the $75-per-month exclusion referenced in 28 C.F.R. § 545.11(b) into the assessment of an inmate's available funds for the IFRP, despite the fact that the telephone services at the ADX are currently provided free of charge to the inmates. A true and correct copy of that guidance is attached as **Attachment 1**. Pursuant to that guidance, I reviewed Mr. Durham's IFRP payments and recalculated his proposed payment plan, factoring in the $75-per-month exclusion for telephone communications. I prepared a proposed IFRP agreement for Mr. Durham, pursuant to which he would pay $25 per quarter. Mr. Durham signed the agreement. A true and correct copy of the agreement is attached as **Attachment 2**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. 28 U.S.C. § 1746.

Executed this 20th day of August 2024, in Florence, Colorado.

s/D. English
D. English
Case Manager
Federal Bureau of Prisons
Florence, Colorado

Attachment 1: ADX guidance regarding IFRP calculations
Attachment 2: Mr. Durham's IFRP agreement

3

# Attachment 1



**U.S. Department of Justice**
Federal Bureau of Prisons

**Federal Correctional Complex Florence**
☑ Administrative Maximum Security Institution
☐ High Security Institution
☐ Medium Security Institution
☐ Minimum Security Institution

August 15, 2024

MEMORANDUM TO UNIT TEAM

FROM: M. Starr, Acting Complex Warden

SUBJECT: Inmate Financial Responsibility Program ("IFRP") Payment Calculation

    This Memorandum provides clarifying guidance to all Institutions at FCC Florence. Going forward, Unit Teams shall incorporate the $75-per-month Inmate Telephone System ("ITS") exclusion referenced in 28 C.F.R. § 545.11(b) in their periodic assessments of funds available for inmate participation in the IFRP, so long as that regulation remains in effect, regardless of whether inmates are being charged for telephone calls.

# Attachment 2

```
                                                     PAGE NO: 001
                         INMATE FINANCIAL PLAN

REGISTER NUMBER: 32060-083
INMATE NAME....: DURHAM, JEFFREY SCOTT
FACILITY.......: FLORENCE ADMAX USP
```

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL
CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL
RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S)
INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW. I
AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS
SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT PLAN WILL AUTOMATICALLY STOP AND NO
FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY
RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT. IN THE EVENT THAT I AM
RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY
PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE PLAN WILL NOT TERMINATE
UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION
CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE PLAN TO
TERMINATE.

PAYMENT METHOD...: AMT/PCT: _25_      FREQ: _Qtr_      ORIGIN: _TF_
START CYCLE......: _9-24_
INMATE DECISION..: _Agreed_
OBLIGATION NUMBER: _4_ _2_ __ __ __ __ __ __ __ __ __ __
                   __ __ __ __ __ __ __ __ __ __ __

INMATE SIGNATURE.......: _[signature]_          DT SIGNED: _8/20/24_

STAFF WITNESS SIGNATURE: _[signature]_          DT SIGNED: _8/20/24_