# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01848-DDD

JEFFERY S. DURHAM,

    Applicant,

v.

M. STARR, Acting Warden,

    Respondent.

---

**DECLARATION OF K. DELL**

---

I, K. Dell, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows related to the above-titled matter:

1. I am the Complex Trust Fund Supervisor at the Federal Bureau of Prisons (the "Bureau") facility known as the Federal Correctional Complex ("FCC"), Florence, Colorado. The FCC Florence encompasses the United States Penitentiary - Administrative Maximum ("ADX"). I have held this position since January 2019. I have been employed by the Bureau in positions of increasing responsibility since October 1995.

2. I am responsible for supervising the operation of the Trust Fund program at FCC Florence, including the ADX. This includes reviewing and managing inmate Trust Fund Accounts (also referred to as "commissary accounts"), among other accounts maintained for inmates related to their telephone and computer use.

3. In recent years, including from 2020 to the present, ADX inmates have not been

charged for phone calls.  Phone calls continue to be provided to ADX inmates free of charge by the Bureau.

4. When inmates participate in the Inmate Financial Responsibility Program ("IFRP"), the ADX will automatically withdraw the contractual amount from the inmate's Trust Fund Account at the agreed-upon frequency (monthly or quarterly) and deliver the money to the payee or an intermediary who will deliver it to the payee.

5. When inmates refuse to participate in the IFRP, the ADX ordinarily will encumber their Trust Fund Account.  However, the ADX allows inmates on IFRP refusal status to spend up to $25 per month, despite the encumbrance on their accounts.  Each month, the ADX compiles a list of inmates on refusal status, and I allow the inmates an opportunity to spend up to $25 from their encumbered accounts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  28 U.S.C. § 1746.

Executed this 20th day of August 2024, in Florence, Colorado.

*s/K. Dell*
K. Dell
Trust Fund Supervisor
Federal Bureau of Prisons
Florence, Colorado
